TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
State Bar No. 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.precup@usdoj.gov
Attorneys for Plaintiff

**CR25-01806 TUC-RCC(MSA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff. | Violations:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearms)<br>Counts 1-9 |
| vs. | |
| Adrian Robles, | 18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |
| Defendant. | |
| | **(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-8**</u>

On or about the dates listed below, in the District of Arizona, ADRIAN ROBLES knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that ADRIAN ROBLES stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 12/02/2023 | SNG Tactical Tucson, AZ | Ruger, model Security-9, 9x19mm pistol bearing serial number 386-56560 |
| 2 | 02/26/2024 | Sahuarita Guns Green Valley, AZ | Taurus, model TH45, .45 caliber pistol bearing serial number AEE408198 |
| 3 | 06/25/2024 | SNG Tactical Tucson, AZ | Century Arms, model BFT47, 7.62 caliber rifle bearing serial number BFT47020575 |
| 4 | 06/25/2024 | Sahuarita Guns Green Valley, AZ | Glock, model 19, 9x19mm pistol bearing serial number NAL527 |
| 5 | 06/25/2024 | Sahuarita Guns Green Valley, AZ | Glock, model 19X, 9x19mm pistol bearing serial number CDDL648 |
| 6 | 06/25/2024 | Diamondback Shooting Sports Tucson, AZ | Beretta, model M9A4, 9x19mm pistol bearing serial number BER868518 |
| 7 | 07/23/2024 | SNG Tactical Tucson, AZ | Barrett, model 82A1, .50 caliber rifle bearing serial number AA017797 |
| 8 | 09/27/2024 | Turner's Outdoorsman Tucson, AZ | FN, model M249S, 5.56 caliber rifle bearing serial number M249SA10748 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## <u>FORFEITURE ALLEGATION</u>

Upon conviction of Counts 1-8 of the Indictment, ADRIAN ROBLES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number |
|---|---|
| Ruger, model Security-9, 9x19mm pistol | 386-56560 |
| Taurus, model TH45, .45 caliber pistol | AEE408198 |
| Century Arms, model BFT47, 7.62 caliber rifle | BFT47020575 |
| Glock, model 19, 9x19mm pistol | NAL527 |
| Glock, model 19X, 9x19mm pistol | CDDL648 |
| Beretta, model M9A4, 9x19mm pistol | BER868518 |
| Barrett, model 82A1, .50 caliber rifle | AA017797 |
| FN, model M249S, 5.56 caliber rifle | M249SA10748 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred

or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /
_____
FOREPERSON OF THE GRAND JURY
Dated: April 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /
SARAH J. PRECUP
Assistant U.S. Attorney

*United States of America v. Adrian Robles*
*Indictment Page 3 of 3*